# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Daniel Elmo Broussard, Jr.
Attorney at Law
P. O. Box 11875
Alexandria LA 71315

## REHEARING ACTION: June 13, 2018

**Docket Number: 17   01039-CA**

**KAY HANAGRIFF, INDIVIDUALLY, ETC., ET AL.**
**VERSUS**
**PREFERRED PROFESSIONAL INSURANCE COMPANY, ET AL.**

**Appealed from Calcasieu Parish Case No. 2012-2388**

**BEFORE JUDGES:**

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. John D. Saunders**
      **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kay Hanagriff, et al** has this day been

      **DENIED.**

cc: Elizabeth Fontenot Shea, Counsel for the Appellee